**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
CAMERON HARRELL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HARRELL, <br><br> Plaintiff, <br><br> vs. <br><br> WENDY CORTEZ D/B/A 4TH GENERATION CUTTERS; JOE G. COSTA, AS TRUSTEE OF THE COSTA FAMILY TRUST; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 5:23-cv-02648-SHK** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff CAMERON HARRELL ("Plaintiff")
pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses
the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

             and any applicable federal statute, the plaintiff may dismiss an action

             without a court order by filing:

1

1          (i)      A notice of dismissal before the opposing party serves either an

2                 answer or a motion for summary judgment.

3 None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4 summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5 Court.

6

7 DATED:  April 24, 2024          **SO. CAL. EQUAL ACCESS GROUP**

8

9

10                 By:     */s/  Jason J. Kim*

11                      Jason J. Kim, Esq.

                      Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**